# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| LESTER GEORGE RATLEFF and | ) | Case No. 2-09-bk-12910 |
| LISA ANN RATLEFF, | ) | |
|   Debtor(s) | ) | |
| | ) | |

## REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"),

as authorized agent for Capital Recovery II (HSBC CARD SERVICES (III) INC), a creditor in the

above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of

Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the

United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or

required to be given and all papers served or required to be served in this case be also given to and served,

whether electronically or otherwise, on:

> Capital Recovery II
> c/o Recovery Management Systems Corp.
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> Attn: Ramesh Singh
> Telephone: (305) 379-7674
> Facsimile: (305) 374-8113
> E-mail: claims@recoverycorp.com

Dated: Miami, Florida
April 9, 2009

By: /s/ Ramesh Singh

Ramesh Singh
c/o Recovery Management Systems Corp.
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674

Assignee Creditor: HSBC CARD SERVICES (III) INC