**Entered on Docket**
**August 04, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Michael R. Brooks, Esq.
Nevada Bar No. 7287
JOLLEY URGA WIRTH
WOODBURY & STANDISH
3800 Howard Hughes Parkway
Suite 1600, Wells Fargo Tower
Las Vegas, Nevada 89169
(702) 699-7500
E-mail bankruptcy@juww.com

E-filed: *July 27, 2009*

Attorneys for *Wilshire Credit Corporation as servicer for Foreclose In: Citigroup Global Markets Realty Corp. Take Title to REO In: Liquidation Properties, Inc.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LESTER GEORGE RATLEFF, JR.; LISA ANN RATLEFF,<br><br>Debtors. | Case No. 09-12910-LBR<br>Chapter 7<br><br>Date: June 24, 2009<br>Time: 10:30 a.m. |

**LIMITED ORDER TERMINATING THE AUTOMATIC STAY**

The Motion for Relief having been properly served, with no opposition filed herein, but Debtors having appeared, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor of Secured Creditor, *Wilshire Credit Corporation as servicer for Foreclose In: Citigroup Global Markets Realty Corp. Take Title to REO In: Liquidation Properties, Inc.*, as it pertains to the following property generally described as:  3364 Royal Bay Drive, Las Vegas, Nevada 89117,

/ / /

/ / /

solely to allow Debtors to negotiate a loan modification with Secured Creditor.

Submitted by:

JOLLEY URGA WIRTH
WOODBURY & STANDISH


*/s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq., #7287
3800 Howard Hughes Pkwy. 16th Floor
Las Vegas, Nevada 89169
Attorneys for Secured Creditor

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

   ___    The court waived the requirements of LR 9021.
   ___    no parties appeared or filed written objections, and there is no trustee appointed in the case
   _X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:
   _X_    Failed to respond

WILLIAM A. LEONARD
5030 PARADISE RD., #B216
LAS VEGAS, NEVADA 89119

                    JOLLEY URGA WIRTH WOODBURY & STANDISH


                    */s/Jill M. Sallade*


# # #