Entered on Docket
October 21, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Rebecca P. Kern, Esq.
Nevada Bar No. 9079
BROOKS BAUER, LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191
Attorneys for *Wilshire Credit Corporation as servicer for Froreclosure In:Citigroup Global Markets Realty Corp. Take Title to REO In: Liquidation Properties, Inc.*

Electronically lodged *October 5, 2009*

BROOKS BAUER LLP
300 S. FOURTH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

**UNTIED STATES BANKRUPTCY COURT**

**DISTRICTOF NEVADA**

| | |
|---|---|
| In re<br><br>LESTER GEORGE RATLEFF, JR.,<br>LISA ANN RATLEFF,<br><br>Debtors. | Case No. 09-12910-lbr<br>Chapter 7<br><br>Date: September 30, 2009<br>Time: 10:00 a.m. |

**ORDER TERMINATING THE AUTOMATIC STAY**

The Motion for Relief having been properly served, Debtors having appeared, with no opposition filed herein, and the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated as to the Debtors and the Trustee in favor of Secured Creditor, *Wilshire Credit Corporation as servicer for Froreclosure In:Citigroup Global Markets Realty Corp. Take Title to REO In: Liquidation Properties, Inc.* as it pertains to

BROOKS BAUER LLP
300 S. FOURTH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

the following property generally described as:

3364 Royal Bay Drive, Las Vegas, Nevada 89117.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor shall provide to Debtor a minimum of five (5) days Notice of the date, time and place of sale.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the secured claim filed by Secured Creditor is deemed to be withdrawn, and Secured Creditor may file an amended Proof of Claim for any deficiency remaining after disposition of the property.

Submitted by:

BROOKS BAUER LLP

*/s/Rebecca P. Kern, Esq.*
Michael R. Brooks, Esq., #7287
Rebecca P. Kern, Esq., #9079
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
Attorneys for Secured Creditor

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

___ The court waived the requirements of LR 9021.
___ no parties appeared or filed written objections, and there is no trustee appointed in the case
X I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:
X Failed to respond

WILLIAM LEONARD
5030 PARADISE RD., #B216
LAS VEGAS, NEVADA 89119

BROOKS BAUER LLP

*/s/Jill M. Sallade*