United States Bankruptcy Court

RECEIVED AND FILED

Nov 10   2 49 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Lester G. Ratleff Jr.
Lisa Ann Ratleff
(Debtors)
Case # 09-12910-IBR

10/10/2009

Re: Reinstate, Extend or Impose Motion of Stay

Attention Judge B. Reigle,

At our last hearing on 9-30-2009 Stay was lifted in order to negotiate with our lender,. We cooperated with all the necessary documents that Wilshire Corporation requested. They were waiting for the paper work from court to lift the stay in order to begin our modification then we were notified that our loan had been sold and all new correspondence needed to be sent to our new lender. Saxon We received a letter from their attorney stating that we were in default. We then received a new contract 11/9/2009 from them stated that we had to pay a certain amount by the 15th of November, but that our 4th payment would be a balloon payment of $ 40,000.00. The contract states that if I do not sign this agreement that they would foreclose in 48 hours.
and that I have to waive all my bankruptcy rights.

We are at the mercy of the court to reinstate our stay. I have contacted a independent company that states that they can negotiate our modification but the appointment is not until the 5th of December. I need a emergency stay in order to keep our house that we have owned for the pass twenty years. We are trying to negotiate something reasonable. This company is not trying to work us in any way.

Lisa's real estate business is picking up and we will be able to make our payments on time again. thank you in advance for any consideration.

Sincerely,

Lester G. Ratleff Jr.
Lisa A. Ratleff