

**Entered on Docket
November 16, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In Re: ) | BK-S-09-12910-LBR |
| ) | Chapter 7 |
| LESTER & LISA RATLEFF, ) | |
| ) | DATE:  November 23, 2009 |
| Debtor. ) | TIME:   9:30 a.m. |
| ) | |

### ORDER TO SHOW CAUSE

A hearing was held on September 30, 2009 at 9:30 a.m. before Judge Riegle on the Motion to Lift Stay filed by Wilshire Credit Corporation ("Wilshire"). Appearances were made by Lester and Lisa Ratleff, in proper person, and by Rebecca Kern on behalf of Wilshire.

At this hearing, Judge Riegle lifted the stay, but instructed the creditor to include certain information in the order lifting stay; Wilshire was to provide the debtors with specific information as to how the debtors could apply for the mediation program under N.R.S. 107. The order was also to include the provision that the mediator would decide if Wilshire had received phone calls and paperwork from the debtor regarding this issue, which Wilshire has denied. If the mediator found that Wilshire did receive the information from the debtors, then Wilshire would be required to pay the $200 mediation fee for the debtors. The order lifting stay entered on docket on October 21, 2009, did not include the information ordered by Judge Riegle. Therefore, for good cause appearing;

IT IS HEREBY ORDERED that a hearing will be heard on November 23, 2009 at 9:30 a.m. before Bankruptcy Judge Linda B. Riegle, courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, to show cause why Wilshire and its attorneys should not be held in contempt for preparing an order which failed to accurately the court's ruling on September 30, 2009.

Copies noticed through ECF to:

MICHAEL BROOKS
WILLIAM LEONARD

Copies noticed through BNC to:

LESTER GEORGE RATLEFF
3364 ROYAL BAY DRIVE
LAS VEGAS, NV 89117

LISA ANN RATLEFF
3364 ROYAL BAY DRIVE
LAS VEGAS, NV 89117