

**Entered on Docket**
**November 17, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In Re: | ) | BK-S-09-12910-LBR |
| | ) | Chapter 7 |
| LESTER & LISA RATLEFF, | ) | |
| | ) | DATE:   September 30, 2009 |
| Debtor. | ) | TIME:    9:30 a.m. |
| | ) | |

## ORDER SETTING ASIDE ORDER

The Order Terminating Stay entered on October 21, 2009 (Docket #46) is hereby set aside on the grounds that counsel failed to incorporate in the order all the elements of the court's ruling. Without limiting the foregoing, no foreclosure sale may occur absent further order from the court.

Copies noticed through ECF to:

MICHAEL BROOKS
WILLIAM LEONARD

Copies noticed through BNC to:

LESTER GEORGE RATLEFF
3364 ROYAL BAY DRIVE
LAS VEGAS, NV 89117

LISA ANN RATLEFF
3364 ROYAL BAY DRIVE
LAS VEGAS, NV 89117